pany and Others, Respondents, v. John F. Baudouine and Charles A. Baudouine, as Trustees for John F. Baudouine under the Last Will and Codicils of Charles A. Baudouine, Deceased, and John F. Baudouine, Individually, Appellants.— Judgment affirmed, with costs, with leave to defendants to · withdraw demurrer and to answer on payment of costs on opinion of Bischoff, J. (Reported in 73 Misc. Rep. 118.)

Aletta T. Benton, Appellant, v. Frederick L. Benton, Respondent.— Judgment affirmed and appeal from order dismissed. No opinion.

Aletta T. Benton, Respondent, v. Frederick L. Benton, Appellant.— Order modified by striking out allowance of alimony and as ˙modified affirmed, without costs. No opinion. Order to be settled on notice.

The People of the State of New York ex rel. Thomas H. Graham, Respondent, v. James E. Walker and Harry D. Pattison, Appellants, Impleaded with George McAneny, as President of the Borough of Manhattan, and Gyulo Armeny.— Order affirmed, with costs. No opinion.

Raffaele. Gargiulo, Doing Business under the Name and Style of P. Gargiulo & Brother, Respondent, v. George R. Meeker, Appellant.— Judgment and order affirmed, with costs. No opinion.

Robert Lyder, an Infant, by Julian Lyder, His Guardian ad Litem, Respondent, v. William J. Murray, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, P. J., and . Scott, J., dissented.)

Patrick Fitzgerald, Respondent, v. O'Rourke Engineering Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, P. J., and Scott, J., dissented on the ground that the evidence did not sustain finding that defendant was negligent.)

Susan E. Culgin, Respondent, v. The Title Guaranty and Surety Company, Appellant.— Exceptions overruled and motion for new trial denied, with costs. No opinion. Order to be settled on notice.

Caryl A. Montgomery, Appellant, v. David B. Cocks, Respondent, Impleaded with William A. Prendergast, Comptroller of the City of New York.— Judgment affirmed, with costs. No opinion.

Guiseppe Del Genovese, Appellant, v. Fidalma Del Genovese, as Administratrix, etc., of Virgilio Del Genovese, Deceased, Respondent.— Judgment affirmed, with costs. No opinion.

Arthur W. Tams, Appellant, v. Mitchell-Lewis Motor Company, Respondent.— Judgment affirmed, with costs. No opinion.

The Mack Paving Company of New York, Appellant, v. The City of New York, Respondent. The Barber Asphalt Paving Company v. The City of New York.— Judgments affirmed, with costs, on *Mack Paving Co.* v. *City of New York* (142 App. Div. 702).

The People of the State of New York, Respondent, v. Mary Anderson, Appellant.— Judgment affirmed. No opinion.

The People of the State of New York ex rel. Fred G. Purdy, Appellant, v. Cyrus C. Miller, as President of the Borough of The Bronx, in the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Walter C. W. Aufermann and Others, Appellants, v. Carl Rudolph